IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLESSEY MARINE SERVICES, INC. AND BLESSEY ENTERPRISES, INC., AS OWNER, OWNER PRO HAC VICE, AND/OR OPERATOR OF THE M/V MARTHA OLIVER, IN A CAUSE OF EXONERATION FROM AND/OR LIMITATION OF LIABILITY, CIVIL AND MARITIME | § § § § § § § § § § | NO. B-04-024<br><br>ADMIRALTY |

United States District Court
Southern District of Texas
FILED

MAR 0 5 2004

Michael N. Milby
Clerk of Court

## CERTIFICATE OF FINANCIALLY-INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Blessey Marine Services, Inc. and Blessey Enterprises, Inc., and provide the following list of parties which may have an interest in the outcome of this litigation.

1. Blessey Marine Services, Inc. - Plaintiff;

2. Blessey Enterprises, Inc. - Plaintiff;

3. Strasburger & Price, LLP - counsel for Blessey Marine Services, Inc. and Blessey Enterprises, Inc.;

4. Carlos Vasquez – potential claimant; and

5. Jerry Treviño – counsel for potential claimant.

Respectfully submitted,

By: _____
F. WILLIAM MAHLEY
State Bar No. 12836740
Federal ID 2863
1401 McKinney, Suite 2200
Houston, Texas 77010-4035
(713) 951-5600
(713) 951-5660 – FAX

485372.1/SPH/10307/0113/030404

| | |
|---|---|
| **OF COUNSEL**<br>**STRASBURGER & PRICE, LLP** | **ATTORNEY-IN-CHARGE FOR**<br>**PLAINTIFFS** |