IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLESSEY MARINE SERVICES, INC. AND BLESSEY ENTERPRISES, INC., AS OWNER, OWNER PRO HAC VICE, AND/OR OPERATOR OF THE M/V MARTHA OLIVER, IN A CAUSE OF EXONERATION FROM AND/OR LIMITATION OF LIABILITY, CIVIL AND MARITIME | § § § § § § § § § § § | NO. B-04-024<br><br>ADMIRALTY |

United S---
Southe.

MAY 0 5 2004

Michael N. Milby
Clerk of Court

## MOTION FOR ENTRY OF AN ORDER DIRECTING THE ISSUANCE OF A MONITION

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Blessey Marine Services, inc. and Blessey Enterprises, Inc., as owners and/or operators of the M/V MARTHA OLIVER, and file this Motion for Entry of an Order Directing Issuance of a Monition, and would show unto this Honorable Court the following:

I.

On or about February 17, 2004, Plaintiffs filed their Complaint for Exoneration from or Limitation of Liability. Pursuant to Supplemental Admiralty Rule F, Plaintiffs may be entitled to an injunction against prosecution of suits and the issuance of notice to potential claimants to the limitation fund.

II.

Accordingly, Plaintiff respectfully requests that this Court enter an Order Directing the Issuance of a Monition directing publication of notice of this action and ordering that all claimants file their respective claims with the Clerk of the Court.

492581.1/SPH/10307/0113/050404

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order Directing the Issuance of a Monition, that the Clerk of this Court prepare said Monition, and that the United States Marshal publish a notice of the Monition in accordance with the Court's order.

Respectfully submitted,

By: /s/ F. William Mahley

F. WILLIAM MAHLEY
State Bar No. 12836740
1401 McKinney, Suite 2200
Houston, Texas 77010-4035
713-951-5600 Telephone
713-951-5660 Facsimile

Attorney-in-Charge for Plaintiffs

OF COUNSEL:

STRASBURGER & PRICE, LLP