

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLESSEY MARINE SERVICES, INC. AND BLESSEY ENTERPRISES, INC., AS OWNER, OWNER PRO HAC VICE, AND/OR OPERATOR OF THE M/V MARTHA OLIVER, IN A CAUSE OF EXONERATION FROM AND/OR LIMITATION OF LIABILITY, CIVIL AND MARITIME | § § § § § § § § § § § | NO. B-04-024<br><br>ADMIRALTY |

United States District Court
Southern District of Texas
FILED

MAY 0 5 2004

Michael N. Milby
Clerk of Court

### AFFIDAVIT AS TO VESSEL'S VALUE

STATE OF TEXAS        §
                      §
COUNTY OF HARRIS      §

EARL HATFIELD, being duly sworn, deposes as follows:

I am an independent marine surveyor. I am engaged in surveying vessels and cargo of all types and was so engaged when I was requested by the attorneys for Blessey Marine Services, Inc. and Blessey Enterprises, Inc. to estimate the fair market value of the M/V MARTHA OLIVER. I am a certified marine surveyor and operate a business known as Earl Hatfield Marine Surveyor, Houston, Texas.

In my opinion vessel had a fair market value of $550,000.00 as of July 15, 2002.

_____
EARL HATFIELD

SUBSCRIBED AND SWORN TO BEFORE ME on this the 4th day of May 2004.

_____
Notary Public in and for the
State of Texas



JANIS BUCHANAN
Notary Public, State of Texas
Commission Expires 11-12-2006

492605.1/SPH/10307/0113/050404