IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
MAY 0 5 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| IN THE MATTER OF THE § <br> COMPLAINT OF BLESSEY MARINE § <br> SERVICES, INC. AND BLESSEY § <br> ENTERPRISES, INC., AS OWNER, § <br> OWNER PRO HAC VICE, AND/OR § <br> OPERATOR OF THE M/V MARTHA § <br> OLIVER, IN A CAUSE OF § <br> EXONERATION FROM AND/OR § <br> LIMITATION OF LIABILITY, CIVIL § <br> AND MARITIME § | NO. B-04-024 <br><br> ADMIRALTY |

### ORDER DIRECTING THE ISSUANCE OF A MONITION

A Complaint having been filed hereon on February 17, 2004, as amended on or about May 5, 2004, by Blessey Marine Services, Inc. and Blessey Enterprises, Inc., as owners and/or operators of the M/V MARTHA OLIVER, claiming exoneration from or limitation of liability as is provided pursuant to Title 45, U.S. Code, Section 183-189, 46 U.S.C.A. Section 183-189, and all acts and rules supplementary thereto and amendatory thereof, and also contesting its liability independent of the limitation of liability claimed under said acts for any loss, damage, injuries, death or destruction had, occasioned by or resulting from the matters and happenings set forth therein, said Complaint reciting also the facts and circumstances upon which said exemption from or limitation of liability are claimed; and on reading the Complaint herein,

NOW, THEREFORE, on motion of the Plaintiffs by their attorneys, Strasburger & Price, LLP;

IT IS ORDERED that a Monition issue out of and under the seal of this Court against all persons claiming damages by reason of any and all loss, damage, injury, death or destruction arising out of, occasioned by or consequent upon the matters

referred to in the Complaint, citing them, and each of them, to appear before this Honorable Court and file their respective claims with the clerk of this Court and serve on or mail to the attorneys for Plaintiffs, Strasburger & Price, LLP, 1401 McKinney, Suite 2200, Houston, Texas 77010, a copy thereof on or before the 18th day of June, 2004, and to make due proof of their respective claims as is required by the Rules of Civil Procedure, Supplemental Admiralty Rule F(5), and subject to the right of any person to controvert or question same, with liberty also to anyone claiming damages as aforesaid who shall have presented his or their claims herein as required by the Rules of Civil Procedure, Supplemental Admiralty Rule F(5), file an answer to said Complaint and served a copy thereof on the attorneys for Plaintiff to contest any matters alleged by the Plaintiff; and

IT IS FURTHER ORDERED that public notice of said Monition shall be given by publication of notice thereof in The Valley Star, a newspaper published in this District and Division, once in each week for four successive weeks before said return date.

DONE at Brownsville, Texas, this 5th day of May 2004.

_____
UNITED STATES DISTRICT JUDGE
MAGISTRATE