IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 5 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| IN THE MATTER OF THE § | |
| COMPLAINT OF BLESSEY MARINE § | |
| SERVICES, INC. AND BLESSEY § | NO. B-04-024 |
| ENTERPRISES, INC., AS OWNER, § | |
| OWNER PRO HAC VICE, AND/OR § | ADMIRALTY |
| OPERATOR OF THE M/V MARTHA § | |
| OLIVER, IN A CAUSE OF § | |
| EXONERATION FROM AND/OR § | |
| LIMITATION OF LIABILITY, CIVIL § | |
| AND MARITIME § | |

## MOTION FOR ENTRY OF ORDER FOR AD INTERIM STIPULATION

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

A Complaint has been filed herein on February 17, 2004, as amended May 5, 2004, by Blessey Marine Services, Inc. and Blessey Enterprises, Inc., as owners and/or operators of the M/V MARTHA OLIVER, claiming the benefit of Limitation of Liability as provided for in the Act of Congress entitled "An Act to Limit Liability of Shipowners and for Other Purposes" passed March 3, 1851, now embodied in Sections 4282 to 4289, inclusive, of the Revised Statutes of the United States (46 USCA 182 to 189, inclusive), and statutes supplementary thereto, and amendatory thereof, and also contesting their liability independently of the limitation of liability claim under said Act for any loss, damage, personal injuries or destruction resulting from the occurrence of July 15, 2002, described in said Complaint, and said Complaint also states the facts and circumstances on which such exoneration from or limitation of liability is claimed; and Petitioners request on consideration of the Complaint and the Affidavit of Value, which are on file herein, that the Court find that an ad interim stipulation in the amount of

$550,000 is adequate to fully cover the value of Petitioners' interest in the M/V MARTHA OLIVER and its pending freight, if any, immediately after the occurrence described in said petition on July 15, 2002, as best it can now be ascertained.

Petitioners now move that it be ORDERED that Petitioners file herein an ad interim stipulation with surety in the form attached hereto as Exhibit "A" for the value of Petitioners' interest in M/V MARTHA OLIVER, its engines, tackle, apparel, etc., and her pending freight, if any, immediately after the occurrence described in said Complaint on July 15, 2002, to be fixed by the Court herein in the amount of $550,000, including interest at 6% per annum from date, with both Petitioners and their surety subject to such increases or decreases in the amount of such stipulation as the court may from time to time order according to the rules and practices of this Court; and

Petitioners further move that any party, including the Petitioners, may apply to have the amount of said stipulation increased or decreased, as the case may be, on the filing of the report of the commissioner appointed, if any, to appraise the amount or value of Petitioners' interest in said vessel and its pending freight, or upon the ultimate determination by the Court on exceptions to the commissioner's report; and

Petitioners further move that if the amount of said ad interim stipulation is not contested by any claimant herein, said ad interim stipulation shall stand as a stipulation for value and appraisal by a commissioner will not be required.

Respectfully submitted,

By: /s/ F. William Mahley
F. WILLIAM MAHLEY
State Bar No. 12836740
1401 McKinney, Suite 2200
Houston, Texas 77010-4035

                        713-951-5600 - Telephone
                        713-951-5660 - Facsimile

                        Attorney-in-Charge for Plaintiffs

OF COUNSEL:

STRASBURGER & PRICE, LLP

492582.1/SPH/10307/0113/050404

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLESSEY MARINE SERVICES, INC. AND BLESSEY ENTERPRISES, INC., AS OWNER, OWNER PRO HAC VICE, AND/OR OPERATOR OF THE M/V MARTHA OLIVER, IN A CAUSE OF EXONERATION FROM AND/OR LIMITATION OF LIABILITY, CIVIL AND MARITIME | § § § § § § § § § § NO. B-04-024  ADMIRALTY |

## AD INTERIM STIPULATION

WHEREAS, Blessey Marine Services, Inc. and Blessey Enterprises, Inc., as owners and/or operators of the M/V MARTHA OLIVER, have filed a complaint in this Court for exoneration from and/or limitation of liability, in respect to the matters and things set out in said complaint; and

WHEREAS, Plaintiffs have elected to file an Ad Interim Stipulation for their interest in the value of the M/V MARTHA OLIVER, its engines, tackle, apparel, and its pending freight at the time referred to in said complaint, with interest, in accordance with Supplemental Rule F of the Federal Rules of Civil Procedure; and

WHEREAS, Plaintiffs have previously prayed that a Monition may issue to all persons, firms, or corporation, having or asserting any claims for losses, damages, injuries, or destruction done, occasioned or incurred by reason of the events referred to in said complaint, citing such parties to file their claims with the Clerk of this Court and make due proof of their respective claims, and answer the complaint herein, and have further prayed that a restraining order issue enjoining the commencement or

492599.1/SPH/10307/0113/050404


EXHIBIT "A"

prosecution of any and all actions, claims, or proceedings except under and pursuant to the provisions of the Monition and Order issued herein; and

WHEREAS, Plaintiffs wish to prevent the commencement or prosecution of all proceedings against the Plaintiffs and/or the M/V MARTHA OLIVER of any and all suits, actions or legal proceedings of any kind, nature, or description whatever in any and all Courts, in any manner arising out of the events recited in said complaint, except in the present proceedings, and also wishes to provide an Ad Interim Stipulation for value as security for claimants, pending the ascertainment by reference, if ordered, of the amount of the Plaintiffs' interest in said vessel and its pending freight at the time alleged in the complaint;

NOW, THEREFORE, in consideration of the premises, Blessey Marine Services, Inc. and Blessey Enterprises, Inc., Plaintiffs herein, as Principals, and Safeco Insurance Company of America, as Surety, hereby under-take the amount of $550,000.00, plus interest thereon at the rate of six percent (6%) per annum from the date of this Stipulation forward for a period of one (1) year, conditioned that Plaintiffs will pay said amount into the registry of this Court upon the entry of a final order confirming the value of Plaintiffs' interest in said vessel and its pending freight at the time alleged in the Complaint as may be ascertained and deter-mined under the Orders of this Court or the giving of a stipulation for value therefor, and further undertaking that this Stipulation meanwhile shall stand as ad interim security for all claims in said limitation proceedings. If this Ad Interim Stipulation be found sufficient in amount after appraisal, or the amount hereof be not contested by any Claimant appearing herein, said Surety agrees that said Stipulation shall stand as security for all claims in these proceedings.

Said Surety hereby submits itself to the jurisdiction of this Court and agrees to abide by all Orders of the Court, interlocutory or final, and to pay the amount awarded by the final decree rendered by this Court, or by the appellate court, if any appeal should intervene, to the amount of this Stipulation plus interest from the date hereof, as afore-said, but in no event shall the obligation of the Surety hereunder exceed $550,000.00, including interest, unless the amount or value of said Plaintiffs' interest in said vessel and its pending freight plus interest aforesaid shall be paid into the Court by said Plaintiffs, or a Stipulation for Value therefor shall be given as afore-said in the meantime, in which event this Stipulation is to become null and void.

DONE this _____ day of _____ 2004.

>BLESSEY MARINE SERVICES, INC. AND
>BLESSEY ENTERPRISES, INC.
>
>By:_____
>Their Attorneys
>Strasburger & Price, LLP

**SUBSCRIBED AND SWORN TO BEFORE ME** as to Blessey Marine Services, Inc. and Blessey Enterprises Inc. this _____ day of _____ 2004.

_____
Notary Public, State of Texas

                    SAFECO INSURANCE COMPANY OF AMERICA

                    By:_____
                              Attorney-in-Fact

**SUBSCRIBED AND SWORN TO BEFORE ME** as to Safeco Insurance Company of America, this ____ day of _____ 2004.

                    _____
                    Notary Public, State of _____

**APPROVED,** this ____ day of _____ 2004.

                    _____
                    UNITED STATES DISTRICT JUDGE