United States District Court
Southern District of Texas
ENTERED

MAY 0 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Ahumada

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLESSEY MARINE SERVICES, INC. AND BLESSEY ENTERPRISES, INC., AS OWNER, OWNER PRO HAC VICE, AND/OR OPERATOR OF THE M/V MARTHA OLIVER, IN A CAUSE OF EXONERATION FROM AND/OR LIMITATION OF LIABILITY, CIVIL AND MARITIME | § § § § § § § § § § § NO. B-04-024 ADMIRALTY |

### ORDER FOR AD INTERIM STIPULATION

A Complaint having been filed herein on February 17, 2004, and amended May 5, 2004, by Blessey Marine Services, Inc. and Blessey Enterprises, Inc., as owners and/or operators of the M/V MARTHA OLIVER, claiming the benefit of Limitation of Liability as provided for in the Act of Congress entitled "An Act to Limit Liability of Shipowners and for Other Purposes" passed March 3, 1851, now embodied in Sections 4282 to 4289, inclusive, of the Revised Statutes of the United States (46 USCA 182 to 189, inclusive), and statutes supplementary thereto, and amendatory thereof, and also contesting their liability independently of the limitation of liability claim under said Act for any loss, damage, personal injuries or destruction resulting from the occurrence of July 15, 2002, described in said Complaint, and said Complaint also states the facts and circumstances on which such exoneration from or limitation of liability is claimed; and upon hearing counsel for Plaintiffs and having considered the petition and the Affidavit of Value, which are on file herein, that the Court finds that an ad interim stipulation in the amount of $550,000.00 is adequate to fully cover the value of Plaintiffs' interest in the M/V MARTHA OLIVER and its pending freight, if any, immediately after the

occurrence described in said Complaint on July 15, 2002, as best it can now be ascertained.

It is ORDERED that Plaintiffs file herein an Ad Interim Stipulation, with surety in the form attached as Exhibit "A" to the Motion for Ad Interim Stipulation for the value of Plaintiffs interest in M/V MARTHA OLIVER, its engines, tackle, apparel, etc., and her pending freight, if any, immediately after the occurrence described in said Complaint on July 15, 2002, to be fixed by the Court herein in the amount of $550,000.00, including interest at 6% per annum from date, with both Plaintiffs and their surety subject to such increases or decreases in the amount of such stipulation as the Court may from time to time order according to the rules and practices of this Court; and

It is further ORDERED that any party, including the Plaintiffs, may apply to have the amount of said stipulation increased or decreased, as the case may be, on the filing of the report of the commissioner appointed, if any, to appraise the amount or value of Plaintiffs' interest in said vessel and her pending freight, or upon the ultimate determination by the Court on exceptions to the commissioner's report; and

It is further ORDERED that if the amount of said ad interim stipulation is not contested by any claimant herein, said ad interim stipulation shall stand as a stipulation for value and appraisal by a commissioner will not be required.

Brownsville, Texas this 6TH day of MAY 2004.

_____
UNITED STATES DISTRICT JUDGE
MAGISTRATE