IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLESSEY MARINE SERVICES, INC. AND BLESSEY ENTERPRISES, INC., AS OWNER, OWNER PRO HAC VICE, AND/OR OPERATOR OF THE M/V MARTHA OLIVER, IN A CAUSE OF EXONERATION FROM AND/OR LIMITATION OF LIABILITY, CIVIL AND MARITIME | § § § § § § § § § § § NO. B-04-024<br><br>ADMIRALTY |

United States District Court
Southern District of Texas
FILED

MAY 1 4 2004

Michael N. Milby
Clerk of Court

## AD INTERIM STIPULATION

WHEREAS, Blessey Marine Services, Inc. and Blessey Enterprises, Inc., as owners and/or operators of the M/V MARTHA OLIVER, have filed a complaint in this Court for exoneration from and/or limitation of liability, in respect to the matters and things set out in said complaint; and

WHEREAS, Plaintiffs have elected to file an Ad Interim Stipulation for their interest in the value of the M/V MARTHA OLIVER, its engines, tackle, apparel, and its pending freight at the time referred to in said complaint, with interest, in accordance with Supplemental Rule F of the Federal Rules of Civil Procedure; and

WHEREAS, Plaintiffs have previously prayed that a Monition may issue to all persons, firms, or corporation, having or asserting any claims for losses, damages, injuries, or destruction done, occasioned or incurred by reason of the events referred to in said complaint, citing such parties to file their claims with the Clerk of this Court and make due proof of their respective claims, and answer the complaint herein, and have further prayed that a restraining order issue enjoining the commencement or

prosecution of any and all actions, claims, or proceedings except under and pursuant to the provisions of the Monition and Order issued herein; and

WHEREAS, Plaintiffs wish to prevent the commencement or prosecution of all proceedings against the Plaintiffs and/or the M/V MARTHA OLIVER of any and all suits, actions or legal proceedings of any kind, nature, or description whatever in any and all Courts, in any manner arising out of the events recited in said complaint, except in the present proceedings, and also wishes to provide an Ad Interim Stipulation for value as security for claimants, pending the ascertainment by reference, if ordered, of the amount of the Plaintiffs' interest in said vessel and its pending freight at the time alleged in the complaint;

NOW, THEREFORE, in consideration of the premises, Blessey Marine Services, Inc. and Blessey Enterprises, Inc., Plaintiffs herein, as Principals, and Westport Insurance Corporation, as Surety, hereby under-take the amount of $550,000.00, plus interest thereon at the rate of six percent (6%) per annum from the date of this Stipulation forward for a period of one (1) year, conditioned that Plaintiffs will pay said amount into the registry of this Court upon the entry of a final order confirming the value of Plaintiffs' interest in said vessel and its pending freight at the time alleged in the Complaint as may be ascertained and determined under the Orders of this Court or the giving of a stipulation for value therefor, and further undertaking that this Stipulation meanwhile shall stand as ad interim security for all claims in said limitation proceedings. If this Ad Interim Stipulation be found sufficient in amount after appraisal, or the amount hereof be not contested by any Claimant appearing herein, said Surety agrees that said Stipulation shall stand as security for all claims in these proceedings.

Said Surety hereby submits itself to the jurisdiction of this Court and agrees to abide by all Orders of the Court, interlocutory or final, and to pay the amount awarded by the final decree rendered by this Court, or by the appellate court, if any appeal should intervene, to the amount of this Stipulation plus interest from the date hereof, as afore-said, but in no event shall the obligation of the Surety hereunder exceed $550,000.00, plus interest, unless the amount or value of said Plaintiffs' interest in said vessel and its pending freight plus interest aforesaid shall be paid into the Court by said Plaintiffs, or a Stipulation for Value therefor shall be given as aforesaid in the meantime, in which event this Stipulation is to become null and void.

DONE this 11th day of May 2004.

BLESSEY MARINE SERVICES, INC. AND
BLESSEY ENTERPRISES, INC.

By: _____
Their Attorneys
Strasburger & Price, LLP

**SUBSCRIBED AND SWORN TO BEFORE ME** as to Blessey Marine Services, Inc. and Blessey Enterprises Inc. this 11th day of May 2004.

KATHRYN S. BERDINE
Notary Public, State of Texas
Commission Expires 04-27-2007

_____
Notary Public, State of Texas

492599.1/SPH/10307/0113/051004

WESTPORT INSURANCE CORPORATION

By: _____
Underwriters Marine Services, Inc.,
its managing general agent

**SUBSCRIBED AND SWORN TO BEFORE ME** as to Westport Insurance Corporation, this 10th day of May _____ 2004.

_____
Notary Public, State of Louisiana

MARCIA L. CULLEY
NOTARY PUBLIC
State of Louisiana, Bar #04643
My Commission is for life

**APPROVED,** this ____ day of _____ 2004.

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE