IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Co...
Southern District of Te
FILED

MAY 2 6 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| IN THE MATTER OF THE § | |
| COMPLAINT OF BLESSEY MARINE § | |
| SERVICES, INC. AND BLESSEY § | NO. B-04-024 |
| ENTERPRISES, INC., AS OWNER, § | |
| OWNER PRO HAC VICE, AND/OR § | ADMIRALTY |
| OPERATOR OF THE M/V MARTHA § | |
| OLIVER, IN A CAUSE OF § | |
| EXONERATION FROM AND/OR § | |
| LIMITATION OF LIABILITY, CIVIL § | |
| AND MARITIME § | |

## MOTION TO RESCHEDULE RULE 26 CONFERENCE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Blessey Marine Services, Inc. and Blessey Enterprises, Inc., Plaintiffs herein, and respectfully show as follows:

I.

The Rule 26 conference is currently set for Thursday, May 27, 2004 at 9:30 a.m.

II.

No claimants have appeared yet and, accordingly, Plaintiffs have been unable to prepare the necessary joint report of meeting and case management/discovery plan. The return date on the Monition dated May 5 is June 18, 2004. Plaintiffs anticipate that at least one claim will be timely filed by that date.

III.

Plaintiffs believe that the Rule 26 conference will be more productive after the claimants have filed their claims and answers, and therefore request that the conference be rescheduled to a date after the Monition return date noted above.

495077 1/SPH/10307/0113/052604

Respectfully Submitted,

*[signature]*

F. William Mahley
State Bar No. 12836740
Federal I.D. No. 2863
1401 McKinney, Suite 2200
Houston, Texas 77010-4035
713-951-5600 Telephone
713-951-5660 Facsimile

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

**OF COUNSEL:**
**STRASBURGER & PRICE, LLP**

2



# Strasburger
### ATTORNEYS AT LAW

F. WILLIAM MAHLEY
713.951.5633
bill.mahley@strasburger.com

May 26, 2004

10307.0113

Via Federal Express
(telephone no. 956-548-2500)

Mr. Juan (Butch) Barbosa
Deputy-in-Charge
United States District Clerk
Southern District of Texas
1158 Federal Building
600 E. Harrison St.
Brownsville, Texas 78520-7114

Re: Civil Action No. B-04-024; *In re: Blessey Marine Services, Inc. and Blessey Enterprises, Inc.*; In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Mr. Barbosa:

Enclosed are the original and two copies of Blessey Marine Services, Inc. and Blessey Enterprises, Inc.'s Motion to Reschedule Rule 26 Conference and proposed Order for filing among the papers of this cause.

Please note the date and time of filing on the extra copies enclosed and return same to me in the enclosed self-addressed, postage-paid envelope.

Thank you for your courtesy and assistance.

Very truly yours,

*F. William Mahley (ksb)*

F. William Mahley

FWM/ksb

Enclosures

cc: Ms. Irma Soto (Via facsimile: 956-548-2598 & U. S. Mail)
    Case Manager to Judge Andrew Hanen

Strasburger & Price, LLP

1401 McKinney Street, Suite 2200 • Houston, Texas 77010.4035 • 713.951.5600 tel • 713.951.5660 fax • www.strasburger.com
485036.4/SPH/10307/0113/052604    Austin • Dallas • Houston • San Antonio • Washington D.C. • Mexico City