United States District Court
Southern District of Texas
ENTERED

MAY 2 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _DChimoeds_

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE | § | |
| COMPLAINT OF BLESSEY MARINE | § | |
| SERVICES, INC. AND BLESSEY | § | NO. B-04-024 |
| ENTERPRISES, INC., AS OWNER, | § | |
| OWNER PRO HAC VICE, AND/OR | § | ADMIRALTY |
| OPERATOR OF THE M/V MARTHA | § | |
| OLIVER, IN A CAUSE OF | § | |
| EXONERATION FROM AND/OR | § | |
| LIMITATION OF LIABILITY, CIVIL | § | |
| AND MARITIME | § | |

## ORDER

On the date of this Order came on to be heard Motion to Reschedule Rule 26 Conference. The Court having reviewed the Motion is of the opinion that said Motion should be granted; it is therefore

ORDERED that the Rule 26 Conference is reset for ~~June~~ August 20, 2004, at 9:30 a.m./~~p.m.~~

BROWNSVILLE, TEXAS this 26th day of May, 2004.

_____
UNITED STATES DISTRICT JUDGE

495077.1/SPH/10307/0113/052604