15

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 27 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLESSEY MARINE SERVICES, INC. AND BLESSEY ENTERPRISES, INC., AS OWNER, OWNER PRO HAC VICE, AND/OR OPERATOR OF THE M/V MARTHA OLIVER, IN A CAUSE OF EXONERATION FROM AND/OR LIMITATION OF LIABILITY, CIVIL AND MARITIME | § § § § § § § § § § | NO. B-04-024<br><br>ADMIRALTY |

**MOTION TO RESCHEDULE RULE 26 CONFERENCE**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Blessey Marine Services, Inc. and Blessey Enterprises, Inc., Plaintiffs herein, and respectfully show as follows:

I.

The Rule 26 conference is currently set for Thursday, May 27, 2004 at 9:30 a.m.

II.

No claimants have appeared yet and, accordingly, Plaintiffs have been unable to prepare the necessary joint report of meeting and case management/discovery plan. The return date on the Monition dated May 5 is June 18, 2004. Plaintiffs anticipate that at least one claim will be timely filed by that date.

III.

Plaintiffs believe that the Rule 26 conference will be more productive after the claimants have filed their claims and answers, and therefore request that the conference be rescheduled to a date after the Monition return date noted above.

Respectfully Submitted,

F. William Mahley
State Bar No. 12836740
Federal I.D. No. 2863
1401 McKinney, Suite 2200
Houston, Texas 77010-4035
713-951-5600 Telephone
713-951-5660 Facsimile

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

**OF COUNSEL:**
**STRASBURGER & PRICE, LLP**