United States District Court
Southern District of Texas
ENTERED

JUL 0 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Ahumada

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE § <br> COMPLAINT OF BLESSEY MARINE § <br> SERVICES, INC. AND BLESSEY § <br> ENTERPRISES, INC., AS OWNER, § <br> OWNER PRO HAC VICE, AND/OR § <br> OPERATOR OF THE M/V MARTHA § <br> OLIVER, IN A CAUSE OF § <br> EXONERATION FROM AND/OR § <br> LIMITATION OF LIABILITY, CIVIL § <br> AND MARITIME § | NO. B-04-024 <br><br> ADMIRALTY |

## ORDER

A Complaint having been filed hereon on February 17, 2004, and amended May 5, 2004, by Blessey Marine Services, Inc. and Blessey Enterprises, Inc., as owners and/or operators of the M/V MARTHA OLIVER, claiming exoneration from or limitation of liability as is provided pursuant to Title 45, U.S. Code, Section 183-189, 46 U.S.C.A. Section 183-189, and all acts and rules supplementary thereto and amendatory thereof, and also contesting its liability independent of the limitation of liability claimed under said acts for any loss, damage, injuries, death or destruction had, occasioned by or resulting from the matters and happenings set forth herein, said Complaint reciting also the facts and circumstances upon which said exemption from or limitation of liability are claimed; and on reading the Complaint herein; and

A Monition having issued out of and under the seal of this Court on May 5, 2004, against all persons claiming damages by reason of any and all loss, damage, injury, death or destruction arising out of, occasioned by or consequent upon the matters referred to in the Complaint, citing them, and each of them, to appear before this Honorable Court and file their respective claims with the clerk of this Court and serve on

or mail to the attorneys for Plaintiff, Strasburger & Price, LLP, 1401 McKinney, Suite 2200, Houston, Texas 77010-4035, a copy thereof on or before the 18th day of June 2004, and to make due proof of their respective claims as is required by the Rules of Civil Procedure, Supplemental Admiralty Rule F(5), and subject to the right of any person to controvert or question same, with liberty also to anyone claiming damages as aforesaid who shall have presented his or their claims herein as required by the Rules of Civil Procedure, Supplemental Admiralty Rule F(5), file an answer to said Complaint and served a copy thereof on the attorneys for Plaintiff to contest any matters alleged by the Plaintiff; and

By Order dated May 6, 2004, Plaintiffs were directed to file an Ad Interim Stipulation as security for their interest in the vessel; and

Plaintiffs have filed an Ad Interim Stipulation on or about May 11, 2004;

**NOW, THEREFORE,** on motion of the Plaintiffs by their attorneys, Strasburger & Price, LLP;

**IT IS ORDERED** that the Ad Interim Stipulation filed by Plaintiffs is APPROVED; and

**IT IS FURTHER ORDERED** that, the provisions of Supplemental Rule F(1) having been met, the further prosecution of any pending actions, suits or legal proceedings in any Court whatsoever and the institution and prosecution of any suits, actions or legal proceedings of any nature or description whatsoever in any Court wheresoever, except in the present proceedings, against the Plaintiffs or against the vessel in respect of any and all claims arising out of, consequent upon or connected

with the incident on or about July 15, 2002, are hereby stayed and restrained until the hearing and determination of this proceeding; and

**IT IS FURTHER ORDERED** that in any complaint or suit or proceeding which has already been instituted and in any further legal proceedings which may hereafter be instituted service of this order as a restraining order shall be made within this district by furnishing a copy hereof to attorneys of record in each of such proceedings, and certifying such service in the manner required in the court in which such action or actions be pending, and in any other district by mailing a certified copy of this order to the person or persons to be restrained or to his or their respective attorneys of record, such mailing to be certified mail and return receipt obtained.

**DONE** at Brownsville, Texas, this  6th  day of  July  2004.

_____
UNITED STATES DISTRICT JUDGE