18

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLESSEY MARINE SERVICES, INC. AND BLESSEY ENTERPRISES, INC., AS OWNER, OWNER PRO HAC VICE, AND/OR OPERATOR OF THE M/V MARTHA OLIVER, IN A CAUSE OF EXONERATION FROM AND/OR LIMITATION OF LIABILITY, CIVIL AND MARITIME | § § § § § § § § § § § | NO. B-04-024<br><br>ADMIRALTY |

United States District Court
Southern District of Texas
FILED

AUG 1 3 2004

Michael N. Milby
Clerk of Court

JOINT REPORT OF THE MEETING AND JOINT DISCOVERY/
CASE MANAGEMENT PLAN FED. R. CIV. P. 26(f)

1. State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

   August 10, 2004, between F. William Mahley, counsel for Plaintiffs, and Jerry Treviño, counsel for Claimant Carlos Vasquez.

2. List the cases related to this one that are pending in any state or federal court, with the case number and court.

   Cause No. C-1741-03-D; *Carlos Vasquez v. Blessey Marine Services and Blessey Enterprises, Inc.*; In the 206th Judicial District Court of Hidalgo County, Texas.

3. Briefly describe what this case is about.

   Suit for exoneration from or limitation of liability.

4. Specify the allegation of federal jurisdiction.

   28 U.S.C. § 1333; 46 U.S.C. §§ 181 *et seq.*

5. Name the parties who disagree and the reasons.

   Not applicable.

6. List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

   None.

7. List anticipated interventions.

   None.

8. Describe class-action issues.

   None.

9. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

   The parties will make their initial disclosures on or before August 31, 2004.

10. Describe the proposed agreed discovery plan, including:

    A. Responses to all the matters raised in Rule 26(f).

       (1) No changes in disclosure requirements warranted.
       (2) Discovery may be needed on plaintiffs' policies.
       (3) No changes in discovery limits warranted.

    B. When and to whom the plaintiff anticipates they may send interrogatories.

       To claimant by October 15, 2004.

    C. When and to whom the defendants anticipate they may send interrogatories.

       To plaintiffs, by October 31, 2004.

    D. Of whom and by when the plaintiff anticipates taking oral depositions.

       Undetermined at present.

    E. Of whom and by when the defendants anticipate taking oral depositions.

       Representatives of Plaintiffs, by October 31, 2004.

    F. When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.

       Plaintiffs – October 15, 2004; Claimant – November 15, 2004.

493534 1/SPH/10307/0113/081204

    G.    List expert depositions the plaintiff anticipates taking and their anticipated completion date.

          To the extent Claimant designates an expert, plaintiffs will attempt to depose that expert within 30 days of receipt of the reports.

    H.    List expert depositions the defendants anticipate taking and their anticipated completion date.

          To the extent plaintiffs designate an expert, Claimant will attempt to depose that expert within 30 days of receipt of the report.

11.    If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

      Not applicable.

12.    Specify the discovery beyond initial disclosures that has been undertaken to date.

      None.

13.    State the date the planned discovery can reasonably be completed.

      November 30, 2004.

14.    Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

      Potential mediation.

15.    Describe what each party has done or agreed to do to bring about a prompt resolution.

      Discovery in underlying state court suit.

16.    From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.

      Mediation of underlying state court case.

17.    Magistrate Judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

      At this time the parties are unable to agree to a trial by the magistrate judge.

493534 1/SPH/10307/0113/081204

18. State whether a jury demand has been made and if it was made on time.

    No.

19. Specify the number of hours it will take to present the evidence in this case.

    Twelve (12) to sixteen (16).

20. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

    None.

21. List other motions pending.

    None.

22. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

    Possible stipulation concerning allowing state court case to proceed.

23. Certify that all parties have filed Disclosure of Interested Parties as directed in the Order for Conference and Disclosure of Interested Parties, listing the date of filing for originals and any amendments.

    Plaintiffs – March 5, 2004

24. List the names, bar numbers, addresses, and telephone numbers of all counsel.

    ATTORNEY FOR PLAINTIFFS BLESSEY MARINE SERVICES, INC. AND BLESSEY ENTERPRISES, INC.
    F. William Mahley
    State Bar No. 12836740
    Federal I.D. No. 2863
    Strasburger & Price, LLP
    1401 McKinney, Suite 2200
    Houston, Texas 77010-4035
    713-951-5600 - Telephone
    713-951-5660 – Facsimile

    ATTORNEY FOR CLAIMANT:
    Jerry J. Treviño
    State Bar No. 20211228
    Federal I.D. No. 15031
    Law Offices of Jerry J. Treviño, P.C.
    1125 South Port Avenue
    Corpus Christi, Texas 78405

493534 1/SPH/10307/0113/081204

361-882-5605
361-882-8355 – Facsimile

Respectfully Submitted,

_____
F. William Mahley
State Bar No. 12836740
Federal I.D. No. 2863
1401 McKinney, Suite 2200
Houston, Texas 77010-4035
713-951-5600 Telephone
713-951-5660 Facsimile

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

**OF COUNSEL:**
**STRASBURGER & PRICE, LLP**

_____
Jerry J. Treviño
State Bar No. 20211228
Federal I.D. 15031
Law Offices of Jerry J. Treviño, P.C.
1125 South Port Avenue
Corpus Christi, Texas 78405
361-882-5605 Telephone
361-882-8355 Facsimile

**ATTORNEY-IN-CHARGE FOR CLAIMANT**

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served upon all counsel of record pursuant to the Federal Rules of Civil Procedure on this 12th day of August 2004.

_____
F. WILLIAM MAHLEY

5

    361-882-5605
    361-882-8355 — Facsimile

                Respectfully Submitted,

                _____
                R. William Mahley
                State Bar No. 12836740
                Federal I.D. No. 2863
                1401 McKinney, Suite 2200
                Houston, Texas 77010-4035
                713-951-5600 Telephone
                713-951-5660 Facsimile

                **ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

**OF COUNSEL:**
**STRASBURGER & PRICE, LLP**

                _____
                Jerry J. Treviño
                State Bar No. 20211228
                Federal I.D. 15031
                Law Offices of Jerry J. Treviño, P.C.
                1125 South Port Avenue
                Corpus Christi, Texas 78405
                361-882-5605 Telephone
                361-882-8355 Facsimile

                **ATTORNEY-IN-CHARGE FOR CLAIMANT**

## CERTIFICATE OF SERVICE

  The undersigned certifies that a copy of the foregoing document was served upon all counsel of record pursuant to the Federal Rules of Civil Procedure on this 11th day of August 2004.

                _____
                R. WILLIAM MAHLEY