IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE | § | |
| COMPLAINT OF BLESSEY MARINE | § | |
| SERVICES, INC. AND BLESSEY | § | NO. B-04-024 |
| ENTERPRISES, INC., AS OWNER, | § | ADMIRALTY |
| OWNER PRO HAC VICE, AND/OR | § | |
| OPERATOR OF THE M/V MARTHA | § | |
| OLIVER, IN A CAUSE OF | § | |
| EXONERATION FROM AND/OR | § | |
| LIMITATION OF LIABILITY, CIVIL | § | |
| AND MARITIME | § | |

United States District Court
Southern District of Texas
ENTERED

AUG 1 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

# ORDER

Based upon the agreement of counsel, the parties will file an agreed stipulation by August 27, 2004. The court passes the scheduling conference for August 20, 2004, and resets same for March 11, 2005, at 8:30 a.m. Counsel are to keep the court apprised of the progress of the state court case.

Signed this the 19th day of August, 2004.

Andrew S. Hanen
United States District Judge