

IN THE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas

AUG 2 7 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT § | |
| OF BLESSEY MARINE SERVICES INC. § | |
| AND BLESSEY ENTERPRISES INC., § | C.A. NO. B04 024 |
| AS OWNER PRO HAC VICE AND/OR § | |
| OPERATOR OF THE M/V MARTHA OLIVER, § | ADMIRALTY |
| IN A CAUSE OF EXONERATION FROM § | |
| AND/OR LIMITATION OF LIABILITY, § | |
| CIVIL AND MARITIME § | |

### STIPULATION IN SUPPORT OF REQUEST TO LIFT STAY

Comes Now Carlos Vasquez, Claimant and files this Stipulation in Support of Request to Lift Stay and would respectfully show the Court as follows:

I

Claimant was injured aboard the vessel of the Petitioner on or about July, 2002. Claimant then filed a Jones Act Personal Injury lawsuit in a Hidalgo County District Court on or about August, 2003 against the Petitioners. On or about February, 2004, Petitioners filed this Limitation of Liability action. On July 6, 2004 the Court issued an order staying all litigation related to the matters alleged in the limitation complaint.

II

Claimant timely filed his answer and claim. To date no other claims have been filed or are reasonably expected to be filed, so this is a single claim proceeding. Claimant desires to proceed with his claim in State Court which is set for trial in January, 2005. Claimant hereby stipulates that if a trial of that suit results in a judgment against Petitioners in excess of the value of the vessel alleged in Petitioner's Complaint, Claimant agrees that this Court has the sole authority to determine all issues related to the Petitioner's claim of limitation of liability, including (1) the nature of any fault found against Petitioners; (2) Petitioners' right to limit their liability to the value of the vessel; and (3) the value of the vessel for limitation purposes, and that any ruling or determination in the State Court which impacts limitation issues will not be accorded res judicata or collateral estoppel effect. Claimant further stipulates that in the unlikely event that additional claims are filed in this case, Petitioner's reserve the right to ask the Court to modify the stay of the State Court proceedings.

Respectfully Submitted,

_____
BY: ALBERT VILLEGAS
1324 EAST SEVENTH STREET
BROWNSVILLE, TEXAS 78520
TELEPHONE: (956) 544-3352
TELECOPIER: (956) 544-7828
STATE BAR NO: 20585450
ATTORNEY FOR PLAINTIFF

_____
JERRY TREVINO          by permissi
1125 S. PORT AVE
CORPUS CHRISTI, TEXAS
TELEPHONE 361 882 5605
TELECOPIER 361 882 8355
FEDERAL ID NO. 15031
STATE BAR NO. 20211228
Co Counsel for Claimant

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record on this the 26 day of August, 2004.

_____
Albert Villegas