UNITED STATES DISTRICT COURT
For the Southern District of Texas

Blessey Marine Service Inc, et al.
                              Plaintiff

v.                                        Case No.: 1:04−cv−00024
                                                 Judge Andrew S. Hanen

Carlos Vasquez
                              Defendant

## **NOTICE OF RESETTING**

    TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

Before the Honorable Andrew S. Hanen

**PLACE:**

Courtroom 6
United States District Court
600 E. Harrison
Brownsville, TX 78520

**DATE:**      3/22/05

**TIME:**      08:30 AM

**TYPE OF PROCEEDING:**      Scheduling Conference

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date:    February 10, 2005

                                                                                     Michael N. Milby, Clerk