United States District Court
Southern District of Texas
FILED

MAR 0 4 2005

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE | § | |
| COMPLAINT OF BLESSEY MARINE | § | |
| SERVICES, INC. AND BLESSEY | § | NO. B-04-024 |
| ENTERPRISES, INC., AS OWNER, | § | |
| OWNER PRO HAC VICE, AND/OR | § | ADMIRALTY |
| OPERATOR OF THE M/V MARTHA | § | |
| OLIVER, IN A CAUSE OF | § | |
| EXONERATION FROM AND/OR | § | |
| LIMITATION OF LIABILITY, CIVIL | § | |
| AND MARITIME | § | |

## JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiffs BLESSEY MARINE SERVICES, INC. and BLESSEY ENTERPRISES, INC. and Claimant CARLOS VASQUEZ move this Court for an Order dismissing this case without prejudice. Plaintiffs and Claimant have reached a compromise and settlement in the underlying state court case, and have agreed that this case should be dismissed.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Claimant pray that the Court grant this Motion and enter an Order for dismissal without prejudice as to all claims in the above-entitled and numbered cause.

Respectfully Submitted,

F. William Mahley
State Bar No. 12836740
Federal I.D. No. 2863
1401 McKinney, Suite 2200
Houston, Texas 77010-4035
713-951-5600 Telephone
713-951-5660 Facsimile

516828.1/SPH/10307/0113/020105

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

**OF COUNSEL:**
**STRASBURGER & PRICE, LLP**

Jerry J. Treviño
State Bar No. 20211228
Federal I.D. 15031
1125 South Port Avenue
Corpus Christi, Texas 78405
361-882-5605 Telephone
361-882-8355 Facsimile

**ATTORNEY-IN-CHARGE FOR CLAIMANT**

**OF COUNSEL:**
**LAW OFFICES OF JERRY J. TREVIÑO, P.C.**

516828.1/SPH/10307/0113/020105