IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE | § | |
| COMPLAINT OF BLESSEY MARINE | § | |
| SERVICES, INC. AND BLESSEY | § | NO. B-04-024 |
| ENTERPRISES, INC., AS OWNER, | § | |
| OWNER PRO HAC VICE, AND/OR | § | ADMIRALTY |
| OPERATOR OF THE M/V MARTHA | § | |
| OLIVER, IN A CAUSE OF | § | |
| EXONERATION FROM AND/OR | § | |
| LIMITATION OF LIABILITY, CIVIL | § | |
| AND MARITIME | § | |

## ORDER

Having received the parties' Joint Motion for Dismissal without Prejudice as to all claims in the above-entitled and numbered cause, the Court, after reading and considering said Motion, is of the opinion that such Motion should be granted. It is, therefore

ORDERED, that the above-entitled and numbered cause is dismissed without prejudice, and it is further

ORDERED, that all bonds or security posted in this case are hereby released and discharged, and that all court costs will be paid by party incurring same.

Brownsville, Texas this _____ day of _____ 2005.

_____
UNITED STATES DISTRICT JUDGE